**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

_____

| | | |
|---|---|---|
| In re: | § | Case No. 23-51742-cag-7 |
| | § | |
| CINCH WIRELINE SERVICES, LLC, | § | |
| | § | Chapter 7 |
|     Debtor. | § | |
| _____ | § | _____ |
| | § | |
| POINT ENERGY PARTNERS | § | |
| OPERATING, LLC | § | |
| | § | Adversary Proceeding No. |
|     Plaintiff. | § | _____ |
| | § | |
|     v. | § | |
| | § | |
| CINCH ENERGY SERVICES, LLC; CES GROUP | § | |
| HOLDINGS LLC; CINCH WIRELINE SERVICES, LLC; | § | |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR | § | |
| CINCH WIRELINE SERVICES, LLC; PATHWARD, | § | |
| NATIONAL ASSOCIATION; and M&T EQUIPMENT | § | |
| FINANCE CORPORATION, | § | |
| | § | |
|     Defendants. | | |

_____

**ORDER GRANTING RELIEF REQUESTED IN PLAINTIFF'S**
**COMPLAINT FOR INTERPLEADER**

Came on for consideration the Complaint for Interpleader and Declaratory Relief filed by Point Energy Partners Operating, LLC ("Point Energy"), and the Court, finding that the interpleader request has merit, grants the relief requested as set forth below. It is therefore

**ORDERED** that Point Energy has shown that it is subject to conflicting demands, or anticipates potentially conflicting claims, by Defendants to the $69,252.35 representing the outstanding unpaid invoices issued by Cinch Energy Services to Point Energy; it is further

**ORDERED** that due to the conflicting demands, Point Energy shall interplead into the Registry of the Bankruptcy Court the $69,252.35 at issue; it is further

**ORDERED** that Defendants shall interplead and settle among them their rights to the money tendered to the Court by Point Energy; it is further

**ORDERED** that any lien claims that any of the Defendants may have against Point Energy, its property, or its interest in property shall transfer and attach to the money that Point Energy tenders to the Court pursuant to this Order; it is further

**ORDERED** that any lien claim that any of the Defendants may have against Point Energy, its property, or its interest in property, is hereby released and extinguished; it is further

**ORDERED** that to the extent any lien claims recorded by any Defendant in public records against Point Energy, its property, or its interest its interest in property on account of the invoices aggregating the $69,252.35, such Defendant shall execute and record all documents, and take such other steps as necessary to remove such lien claim; it is further

**ORDERED** that Point Energy is hereby released and discharged from all liability to Defendants on account of, or in any way arising out of the transactions at issue in the adversary proceeding; and it is further

**ORDERED** that Point Energy is granted costs and attorneys' fees in this matter in the amount of $\_\_\_\_, and that such sum is to be paid out of the funds deposited with the Court prior to the award thereof to the prevailing Defendant(s).

### END OF ORDER ###